# Order

Michigan Supreme Court
Lansing, Michigan

November 3, 2006

132273

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JACOB BENJAMIN JACKSON and
SAMANTHA MARIN JACKSON, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
          Petitioner-Appellee,

v

TRACI BETH JACKSON,
          Respondent-Appellant,

and

PAUL D. JACKSON,
          Respondent.

SC: 132273
COA: 267963
Oakland CC
Family Division: 04-693264-NA

_____/

On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2006

_____
Clerk

s1031